IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  16-3985 |
| | : | |
| JEREMY C. JOHNSON, | : | |
| Defendant. | : | |

## DEFAULT NOTICE

Date:   November 30, 2016

A review of the court's records shows that service of the complaint has not been made in the above-captioned action.

In order to eliminate a delay in bringing this case to trial, service must be made by **December 12, 2016** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.   Proof of service must be filed with the Clerk's Office within five days of service.   If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

BY:

*/s/ Sharon Lippi*
SHARON LIPPI
Civil Deputy Clerk to
Judge Lawrence F. Stengel
Phone: (267) 299-7760
Fax #: (267) 299-5068