## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>JEREMY C. JOHNSON; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-03985<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JEREMY C. JOHNSON the above process on the 12 day of January, 2017, at 11:23 o'clock, AM, at 233 PENN BOULEVARD LANSDOWNE, PA 19050, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____     2) _____     3) _____

Commonwealth/State of _Pa_ )
                             ) SS:
County of _Berks_            )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158044
Case ID #: 4785027

Subscribed and sworn to before me this _13_ day of _Jan_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO / Brittni A

**USPS Manifest Mailing System**                                                    Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>5639-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703753171057<br>9171999991703753171057 | JOHNSON, JEREMY C.<br>1005 Ward Street<br>Chester, PA 19013 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753171064<br>9171999991703753171064 | JOHNSON, JEREMY C.<br>7201 Bradford Road<br>Apt E204<br>Upper Darby, PA 19082 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753171071<br>9171999991703753171071 | JOHNSON, JEREMY C.<br>1000 Macdade Blvd.<br>Chester, PA 19013 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753171088<br>9171999991703753171088 | JOHNSON, JEREMY C.<br>233 Penn Boulevard<br>Lansdowne, PA 19050 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| Page Totals | 4 | | 10.08 | 19.40 | | | 29.48 |
| Cumulative Totals | 4 | | 10.08 | 19.40 | | | 29.48 |

(Round stamp: PHILA PA 19106 JAN 10 2017 USPS CONTINENTAL STATION)

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____   Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)          Extra Service Codes:
                                  C     Certified
                                  ERR   Return Receipt

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | | Check type of mail or service;<br>☐ Certified    ☐ Recorded Delivery (International)<br>☐ COD         ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | |
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Fee | Handling<br>Charge | Actual Value<br>if Registered | Insured<br>Value | Due Sender<br>if COD | DC<br>Fee | SC<br>Fee | SH<br>Fee | RD<br>Fee | RR<br>Fee |
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | TO  JEREMY JOHNSON<br>JOHNSON, JEREMY C.<br>1005 Ward Street<br>Chester, PA 19013 | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | TO  JEREMY JOHNSON<br>JOHNSON, JEREMY C.<br>7201 Bradford Road<br>Upper Darby, PA 19082 | | | | | | | | | | |
| 6. | | TO  JEREMY JOHNSON<br>JOHNSON, JEREMY C.<br>1000 Macdade Blvd.<br>Chester, PA 19013 | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | TO  JEREMY JOHNSON<br>JOHNSON, JEREMY C.<br>233 Penn Boulevard<br>Lansdowne, PA 19050 | | | | | | | | | | |

Total Number of Pieces Listed by Sender: (4)   Total Number of Pieces Received at Post Office: ___   Postmaster, Per (Name of receiving) ___   nent on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-158044   Delaware County   Sale Date:

JEREMY C. JOHNSON

PCO - Back & Brittni Augustin